**Keith Bryan WEBB, a/k/a Keith Bryan Webb–El, Petitioner–Appellant,**

v.

**Steven FIGIEL, Acting Warden; United States Parole Commission, Respondents–Appellees.**

**No. 16-6883**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Keith Bryan Webb, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellees.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Bryan Webb seeks to appeal the district court's order denying his expedited motion regarding the magistrate judge's paperless order denying Webb's motion to strike. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Webb seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED